IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KORRIEN MARIE CASTRO :   CIVIL ACTION
                                        :
            v.                          :
                                        :
CLK MULTIFAMILY MANAGEMENT, :
LLC                                     :   NO. 11-1076

<u>ORDER</u>

      AND NOW, this 24th day of January, 2013, upon consideration of the defendant's Motion for Summary Judgment (Docket No. 37), the opposition in response (Docket No. 46), and the defendant's Reply (Docket No. 48), and following oral argument on December 18, 2012, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the motion is GRANTED.  Judgment is hereby ENTERED in favor of CLK Multifamily Management, LLC and against Korrien Marie Castro.  The case is closed.

                               BY THE COURT:


                               <u>/s/ Mary A. McLaughlin</u>
                               MARY A. McLAUGHLIN, J.