```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KORRIEN MARIE CASTRO            :     CIVIL ACTION
                                :
          v.                    :
                                :
CLK MULTIFAMILY MANAGEMENT,     :
LLC                             :     NO. 11-1076
```

ORDER

      AND NOW, this 19th day of May, 2014, whereas the Court granted summary judgment in favor of the defendant on January 24, 2013, and entered judgment in favor of the defendant on the same day (Docket Nos. 53, 54); and whereas the Third Circuit remanded the case to this Court "so it may consider whether it has jurisdiction to hear the matter" (Docket No. 61); and whereas an affidavit by the defendant filed in the Third Circuit indicated that the defendant, CLK Multifamily Management, LLC had two members: Craig Koenigsberg, a New York citizen, and CLK Multifamily Corporation, a Delaware corporation; and whereas the Court held a telephone conference with the parties on January 30, 2014; and whereas the Court permitted the parties a period of time for discovery on the citizenship of the defendant, its members, and any related companies (Docket No. 65); and whereas the plaintiff submitted a letter on May 13, 2014, stating that discovery had shown that CLK Multifamily Corporation was, in fact, a New York corporation; and whereas it appears to the

Court that there is no diversity jurisdiction here because both parties in this case are New York citizens:  Ms. Castro and CLK Multifamily Management, LLC, through its members Mr. Koenigsberg and CLK Multifamily Corporation; and whereas the Court held a telephone conference with the parties on May 19, 2014, during which the parties agreed that this Court does not have subject matter jurisdiction, IT IS HEREBY ORDERED that the judgment of January 24, 2013 (Docket Nos. 53, 54) is VACATED and this case is DISMISSED for lack of subject matter jurisdiction.

			BY THE COURT:


			/s/ Mary A. McLaughlin
			MARY A. McLAUGHLIN, J.